HAWLEY v. BROWN.

An executor may be a witness to a will.

APPEAL from a judgment of the Court of Probate in approving the will of        Hawley deceased.   1st. Because the testator was insane.   2d. Because he attempted to entail his estate beyond what the law would allow.   And 3d. Because one of the witnesses to the will was the wife of James Deavenport, Esq. who was appointed executor of said will.

The executor exhibited the will for probate and refused the trust, and an administrator was appointed with the will annexed.   The executor has no interest but a trust.

The first reason was judged not to be true; the second and third to be insufficient.